UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
CENTRAL DIVISION

| | | |
|---|---|---|
| In RE: ) | | |
|    Carlton E. Wheeler ) | | |
| ) | Case No.: | 18-41530 EDK |
| ) | | |
| Debtor. ) | Chapter: | 13 |
| ) | | |

STATUS REPORT RE:

RESPONSE OF DEBTOR TO:
[26] MOTION OF U.S. BANK TRUST FOR *IN REM* RELIEF FROM STAY, OR IN THE ALTERNATIVE, RELIEF FROM STAY

**NOW COMES** Carlton E. Wheeler, Debtor in the above captioned matter, and responds to the above captioned as follows:

(1) This matter was commenced on August 16, 2018.

(2) Since the time of filing this case, the Debtor has advised he has made 2 post-petition mortgage payments in the amount contractually due directly to the lender.

Dated: October 14, 2018

Respectfully Submitted by,
Carlton E. Wheeler,
Through Counsel,

/s/ Robert W. Kovacs, Jr.
Robert W. Kovacs, Jr.
Bar No.: 671497
Kovacs Law, P.C.
131 Lincoln Street
Worcester, MA 01605
Telephone No.: (508) 926-8833
E-mail: Robert@KovacsLawFirm.com

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
CENTRAL DIVISION

| | |
|---|---|
| In RE: ) | |
|     Carlton E. Wheeler ) | |
| ) | Case No.:    18-41530 EDK |
| ) | |
| Debtor. ) | Chapter:    13 |
| ) | |

Certificate of Service

I hereby certify that, upon information and belief, the above was electronically served via the CM/ECF System of the United States Bankruptcy Court for the District of Massachusetts upon the following CM/ECF Participates:

- United States Trustee
- Standing Trustee
- **Richard C. Demerle for U.S. Bank Trust, NA, as Trustee of the SCIG Series III Trust as serviced by BSI Financial Services**

**Manuel Notice List**

I further certify that I, on October 14, 2018 have served a copy of the same by first class mail, postage prepaid, on the non CM/ECF participates below.

Carl Wheeler
355 West Hartford Ave
Uxbridge, MA 01569

Dated:    October 14, 2018

                                            Respectfully Submitted by,

                                            /s/ Robert W. Kovacs, Jr.
                                            Robert W. Kovacs, Jr.
                                            Bar No.:  671497